# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 747 - 3 | **DATE** | 8/23/2011 |
| **CASE TITLE** | United States of America vs. Antonio Evans | | |

**DOCKET ENTRY TEXT**

The Court having been informed by the Government that the defendant is currently in state court custody, arraignment set for 8/23/11 at 10:00 a.m. is stricken.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|