UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 10 CR 747-2,3 |
| vs. ) | Judge Joan Humphrey Lefkow |
| ) | |
| JOSE ANTONIO LOPEZ and ) | |
| ANTONIO EVANS ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

The UNITED STATES OF AMERICA, by GARY S. SHAPIRO, Acting United States Attorney for the Northern District of Illinois, respectfully requests that, in addition to routine biographical questions, the Court inquire of the venire about the following:

1.     Please state your name. Tell us what part of the Northern District of Illinois you live in and how long you have lived there.

2.     Are you employed? If so, please tell us your occupation during the last five years. Please tell us who your employer is or was and what your job entails.

3.     Are you single, married, widowed, divorced or separated? If presently married or divorced, please tell us about your spouse's employment.

4.     Do you have any children? If so, tell us about them. If you have grown children, please tell us about their current employment.

5.     Please describe your educational background. How far did you go in school?

6.     Do you have any favorite newspapers, magazines or other reading materials. What outside interests or hobbies do you have?

7.     Have you, a member of your family, or close friend ever been arrested or

charged for any offense? If yes, please indicate: (1) the individual's relationship to you; (2) the nature of the offense for which the person was arrested or charged; and (3) the disposition of the charge.

If you have answered yes to this question, please state whether this experience left you with a negative, positive or neutral impression of judges, the judicial system, prosecutors, defense attorneys, and law enforcement officers.

8. Have you, a member of your family, or close friend ever been convicted of a criminal offense? If yes, please indicate: (1) the individual's relationship to you; (2) the nature of the offense; and (3) the disposition of the charge (i.e., imprisonment, probation, fine, etc.).

9. Do you have a member of the family or a close friend who is an attorney specializing in criminal law? Is there anything about what you have heard about the work of this family member or close friend that would make it difficult for you to be fair either to the government or the defendant in this case?

10. Have you or any close family members or friends ever been in court for any purpose, or have you ever been involved in a lawsuit in any way, either as a plaintiff, a defendant, a victim or a witness?

11. Have you ever had any legal training or law courses or ever worked in a law office? If so, please state the circumstances.

12. Do you have any family member or close friend who works with or in any law enforcement agency? If so, do you ever discuss that person's work? Is there anything about

what you have heard about that person's work that would make it difficult for you to be fair either to the government or the defendant in this case?

13. Have you or any member of your immediate family or any close friends ever filed a claim or case against the federal government or had a legal dispute with the federal government? If so, please state the nature of the claim or dispute, any resolution of the matter and when and where the dispute occurred. Was there anything about those proceedings that left you with bad feelings about the federal government?

14. Have you previously served on a jury? If yes, please describe the nature of the case, if the jury deliberated, and if a verdict was reached.

15. This case involves the Federal Bureau of Investigation. Have any of you had any experiences, or do any of you have any feelings, regarding this department, or the operations of law enforcement agencies in general, that might make it difficult for you to fairly and impartially evaluate the evidence and render a fair verdict in this case?

16. Have any of your experiences left you with a negative or positive impression of judges, the judicial system, prosecutors or defense attorneys?

17. Do you hold any religious, philosophical, moral, or other beliefs that would make it difficult for you to judge the conduct of another person?

        Respectfully submitted,

        GARY S. SHAPIRO
        Acting United States Attorney

By:  /s/ Jason A. Yonan
        JASON A. YONAN
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4156

Dated: July 25, 2012