UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 10 CR 747-2,3 |
| vs. ) | Judge Joan Humphrey Lefkow |
| ) | |
| JOSE ANTONIO LOPEZ and ) | |
| ANTONIO EVANS ) | |

**GOVERNMENT'S PRELIMINARY WITNESS LIST**

The UNITED STATES OF AMERICA, by its attorney, GARY S. SHAPIRO, Acting United States Attorney for the Northern District of Illinois, respectfully submits its preliminary witness list. Below is a list of witnesses that the government may call at trial. The government reserves the right to supplement this witness as additional witness are identified. In particular, the government plans to admit certain surveillance videos at trial, and is still in the process of identifying the chain of custody of individuals who took possession of the surveillance video. The government will supplement this witness list when it receives additional information.

1. Victim A[1]

2. Victim A's father

3. Two of Victim A's uncles

4. Issac Escebedo

---

[1] The government is not identifying Victim A, his father, or his uncles in this public filing. The government has produced materials to both defendants that identifies Victim A, his father, and his uncles.

5. Jerry Zambrano

6. Records Custodian from Sprint Nextel

7. Records Custodian from AT&T

8. Records Custodian from Cricket

8. Casimir Rincon

9. Joseph Grillo

10. FBI Special Agent Joseph Raschke

11. FBI Special Agent Mark Wallschlaeger

12. FBI Special Agent Nanette Doorley

13. Onique Walker

14. Charezetta Walker

15. FBI Spanish Interpreter

16. FBI Evidence Technician who took pictures of a Ford Expedition used in the kidnapping.

        Respectfully submitted,

        GARY S. SHAPIRO
        Acting United States Attorney

By: /s/ Jason A. Yonan
    JASON A. YONAN
    SAMUEL B. COLE
    Assistant U.S. Attorneys
    219 S. Dearborn Street, 5th Floor
    Chicago, Illinois 60604
Dated: July 25, 2012    (312) 353-5300