UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 10 CR 747 |
| v. | ) | |
| | ) | Hon. Joan H. Lefkow |
| JOSE ANTONIO LOPEZ and | ) | |
| ANTONIO EVANS | ) | |

## **VERDICT FORM**

## **COUNT ONE**

With respect to Count One of the indictment, we, the jury, find as follows as to defendant JOSE ANTONIO LOPEZ:

GUILTY   ☐            NOT GUILTY   ☐

With respect to Count One of the indictment, we, the jury, find as follows as to defendant ANTONIO EVANS:

GUILTY   ☐            NOT GUILTY   ☐

## **COUNT TWO**

With respect to Count Two of the indictment, we, the jury, find as follows as to defendant JOSE ANTONIO LOPEZ:

GUILTY ☐    NOT GUILTY ☐

With respect to Count Two of the indictment, we, the jury, find as follows as to defendant ANTONIO EVANS:

GUILTY ☐    NOT GUILTY ☐

If you find either defendant guilty of Count One or Count Two of the indictment, please complete the following:

### AGE OF JOSE NESTOR BARAJAS

We, the jury, find beyond a reasonable doubt that the victim, Jose Nestor Barajas, had not attained the age of eighteen years at the time of the kidnaping alleged in Count One and Count Two of the indictment:

AGREE ☐            DISAGREE ☐

### AGE OF ANTONIO EVANS

We, the jury, find beyond a reasonable doubt that the defendant Antonio Evans had attained the age of eighteen years at the time of the kidnaping alleged in Count One and Count Two of the indictment:

AGREE ☐            DISAGREE ☐

### AGE OF JOSE ANTONIO LOPEZ

We, the jury, find beyond a reasonable doubt that the defendant Jose Antonio Lopez had attained the age of eighteen years at the time of the kidnaping alleged in Count One and Count Two of the indictment:

AGREE ☐            DISAGREE ☐

SO SAY WE ALL:

_____          _____
FOREPERSON

_____          _____

_____          _____

_____          _____

_____          _____

Date: _____