UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 747-2,3 |
| vs. | ) | Judge Joan Humphrey Lefkow |
| | ) | |
| JOSE ANTONIO LOPEZ and | ) | |
| ANTONIO EVANS | ) | |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE *SANTIAGO* PROFFER

The UNITED STATES OF AMERICA, by its attorney, GARY S. SHAPIRO, Acting United States Attorney for the Northern District of Illinois, respectfully submits this unopposed motion for an extension of time to file its *Santiago* Proffer. In support, the government states as follows:

1. This case is set for trial on September 10, 2012. The Court previously entered an order requiring that certain filings be made on July 25, 2012, including any motion to admit coconspirator statements under *United States v. Santiago,* 582 F.2d 1128 (7th Cir. 1978).

2. The government requests additional time to file its *Santiago* Proffer until August 1, 2012. Neither of the attorneys for the defendants object to this motion.

WHEREFORE, the government respectfully requests that this Court grant this motion and extend the time for the government to file its *Santiago* Proffer until August 1, 2012.

        Respectfully submitted,

        GARY S. SHAPIRO
        Acting United States Attorney

By: /s/ Jason A. Yonan
     JASON A. YONAN
     Assistant U.S. Attorney
     219 S. Dearborn Street, 5th Floor
     Chicago, Illinois 60604
     (312) 353-4156

Dated: July 25, 2012