**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division**

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                           Case No.: 1:10–cr–00747
                                                            Honorable Joan H. Lefkow

Jerry Zambrano, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 26, 2012:

      MINUTE entry before the Honorable Joan H. Lefkow as to Jose Antonio Lopez, Antonio Evans: Status hearing set for 7/27/2012 at 09:15 AM. Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.