# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 747 - 3 | **DATE** | 7/27/2012 |
| **CASE TITLE** | USA vs. Antonio Evans USM #44010-424 | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's response to the government's motion in limine is due by 8/3/2012. Government's response to defendant's motion to suppress is due by 8/10/2012. Defendant's oral motion to lift the Protective Order [78] is granted as defendant's counsel has presented on the record. The time of the final pretrial status hearing on 8/8/2012 is reset to 9:30 a.m. Defendant's oral motion for defendant to be moved to the MCC for purpose of trial preparation is granted. Defendant Antonio Evans shall be moved to the MCC by the U.S. Marshal Service and shall remain there until the trial is completed.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | MD |
|---|---|---|