**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                          Case No.: 1:10–cr–00747
                                          Honorable Joan H. Lefkow

Jerry Zambrano, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 21, 2012:

      MINUTE entry before the Honorable Joan H. Lefkow as to Antonio Evans: Evidentiary Daubert Hearing as to Antonio Evans held on 8/21/2012 and continued to 8/23/2012 at 10:00 AM for parties to make closing arguments. Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.