**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 CR 747 |
| | ) | Judge Joan H. Lefkow |
| JERRY ZAMBRANO, *et al.*, | ) | |
| (ANTONIO EVANS) | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: All Counsel of Record (ECF)

**PLEASE TAKE NOTICE** that on Wednesday, August 29, 2012, at 9:00 a.m., or as soon thereafter as the matter can be heard, undersigned counsel shall appear before the Honorable Joan H. Lefkow, or any judge sitting in her stead, in courtroom 1925 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the foregoing Motion for Disclosure under Federal Rule of Criminal Procedure 16, a copy of which is hereby served upon you.

 s/Patrick W. Blegen
**PATRICK W. BLEGEN**, Attorney for
Defendant, Antonio Evans.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100