**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 CR 747 |
| | ) | Judge Joan H. Lefkow |
| JERRY ZAMBRANO, *et al.*, | ) | |
| (ANTONIO EVANS) | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT EVANS' PRELIMINARY WITNESS LIST**

Defendant, **ANTONIO EVANS**, by and through his attorneys, **PATRICK W. BLEGEN** and **DANIEL A. RUFO**, respectfully submits the following list of witnesses that may be called at trial by the defense. The defense will supplement this witness list if it determines that additional witnesses may be called.[1]

1. Ed Huntley

2. Dave Demik

3. Manfred Schenk

4. Robert Swanson

5. FBI Special Agent Sean Maguire

6. FBI Special Agent Niall Donahue

7. FBI Special Agent Garrett Croon

8. FBI Task Force Officer Dominick Ciccola

---

[1] The defense requests that the Court read both the government's and Defendant's witness lists together to the jury as a list of potential witnesses or individuals whose names they may hear at trial. The defense may, of course, not call any witnesses.

9.       FBI Special Agent Sean Burke

10.     FBI Special Agent John Farley

11.     FBI Special Agent Matthew Alcoke

12.     FBI Special Agent James Stover

13.     FBI Special Agent Charles Adam

                                                            Respectfully submitted,

                                                            s/Patrick W. Blegen
                                                            **PATRICK W. BLEGEN**, Attorney for
                                                            Defendant, Antonio Evans.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on September 7, 2012, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                             **s/ Patrick W. Blegen**
                                             **PATRICK W. BLEGEN**
                                             53 West Jackson Boulevard, Suite 1437
                                             Chicago, Illinois 60604
                                             (312) 957-0100